FILED
April 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR S-05-0125 MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DEANNA RICE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DEANNA RICE__ , Case No. __CR S-05-0125 MCE__ , Charge __18:371, 1343, 1344, 1029__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $_____

        __X__   Unsecured Appearance Bond $ __50,000__

        __   __   Appearance Bond with 10% Deposit

        __   __   Appearance Bond with Surety

        __   __   Corporate Surety Bail Bond

        __   __   (Other) __with conditions__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 28, 2005__ at __2:40 p.m.__ .

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal