DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193


Attorney for Defendant
Deanna Rice



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR.S 05-00125 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION RE: LATE |
| | ) | COURT APPEARANCE; ORDER |
| | ) | |
| Deanna Rice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

I,  Deanna Rice, the above named defendant,  hereby declares the forgoing to be true and

correct under penalty of perjury.

That on June 6, 2005 I was in Vallejo. At that time I made arraingments with my sister in

law for a ride to court to appear on June 7, 2005 at 8:30.

On June 7, 2005, just before we were to leave, I was advised that my sister in law had

decided that she would not give me ride. At that time I called both my attorney, Mr. Dwight M.

Samuel at 8:21 am and Pre Trial Services twice to let them know I was going to be late. Mr. Samuel listened to his messages at his office and confirmed this call in my presence.  I was advised by pre trial services that they in fact had received my messages.

I made arraignments to take a bus and advised Mr. Samuel in my call of my intents. At that time I was unaware that my uncle was in town, upon finding this out I asked him to give me a ride. I called pre trial services a third time and was advised to go to Mr. Samuel's office. I arrived in Mr. Samuel's office about 11:10 after having some trouble finding it's location.

I would have been on time if the plans for a ride had been honored.

I swear under penalty of perjury the foregoing is true and correct.


DATED: June 6, 2005


_/s/( original signed retained
Deanna Rice

Based upon the foregoing declaration, the previously issued and stayed no-bail bench warrant for the arrest of Deanna Rice is recalled.

DATED: June 8, 2005

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE