```
DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
Deanna Rice
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>                    Plaintiff,              )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>Deanna Rice,                                  )<br>                                                           )<br>                    Defendant.           )<br>_____)  | NO. CR. S-05-0125 MCE<br><br>WAIVER OF DEFENDANT'S PRESENCE; ~~PROPOSED~~ ORDER |

  Defendant Deanna Rice hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and imposition of sentence.

  Defendant hereby requests the court to proceed is his absence which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Dwight M. Samuel, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

///

///

///

///

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without defendant being present.

DATED: June 6, 2005

_____
Deanna Rice

APPROVED:

_____
DWIGHT M. SAMUEL
Attorney for Defendant
Deanna Rice

The request of Defendant Deanna Rice for a waiver of her personal appearance before this court is DENIED. Defendant Rice is to personally appear at all hearings on motions or other proceedings in this case where she is a named defendant.

DATED: June 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2