1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  CR NO. S-05-125-MCE
12           Plaintiff,           )
                                  )  APPLICATION AND ORDER
13     v.                         )  FOR WRIT OF HABEAS CORPUS
                                  )  AD PROSEQUENDUM
14 DEANNA RICE,                   )
                                  )
15           Defendant.           )
                                  )
16

17      COMES NOW the United States of America by the United States
18 Attorney and represents and shows:
19      That there is now detained in Valley State Prison for Women,
20 in the custody of the Warden, Sheriff, or Jailor thereof, the
21 defendant in the above-entitled case, which case will be called
22 for arraignment and plea, and that it is necessary to have the
23 defendant present in the courtroom of the Duty Magistrate of the
24 United States District Court, Matsui United States Courthouse,
25 501 I Street, Eighth Floor, Sacramento, CA; and in order to
26 secure the presence of the defendant it is necessary that a Writ
27 of Habeas Corpus ad Prosequendum be issued commanding the Warden,
28 Sheriff, or Jailor to produce the defendant in court forthwith,

                                 1

1  and at such other dates as may be necessary in order to procure
2  the defendant's presence to enter a plea and all other
3  proceedings incident thereto.
4      WHEREFORE, your petitioner prays for an order directing the
5  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
6  under the seal of this Court, directed to the Warden, Sheriff, or
7  Jailor, commanding him to have and produce the above-named
8  defendant in the United States District Court forthwith, and then
9  and there to present the defendant before the Court, and from day
10 to day thereafter as may be necessary, and at the termination of
11 the proceedings against the defendant to return the defendant to
12 the custody of the Warden, Sheriff, or Jailor.
13 DATED: August 18, 2005             McGREGOR W. SCOTT
                                      United States Attorney
14
15                                BY: _Camil A. Skipper_____
                                      CAMIL A. SKIPPER
16                                    Assistant U.S. Attorney
17
18                        O R D E R
19      Upon reading and filing the foregoing Application, and
20 after finding good cause for the issuance of the writ;
21      IT IS ORDERED that a Writ of Habeas Corpus ad
22 Prosequendum issue as prayed for herein.
23 DATED: August 18, 2005.

                                   _/s/ Dale A. Drozd_____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

27 Ddad1/orders.criminal/rice0125.ord
28

                              2